**Click here to Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**12/12/2023**

**Corporation Served**
Document ID - 23-SMOS-4507; Served To - THE SQUARE LLC; Server - ; Served Date - 06-DEC-23; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served
**Affidavit Special Process Serv**

affidavit of service

**12/04/2023**

**Return Service - Other**
Document ID - 23-SMOS-4131; Served To - THE SQUARE LLC; Server - ; Served Date - 04-DEC-23; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Other
**Summons Returned Non-Est**
Document ID - 23-SMOS-4128; Served To - AMER, KARIM; Server - ; Served Date - 04-DEC-23; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Non-est
**Summons Returned Non-Est**
Document ID - 23-SMOS-4127; Served To - NOJAIME, JEHANE; Server - ; Served Date - 04-DEC-23; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Non-est
**Summons Personally Served**
Document ID - 23-SMOS-4132; Served To - CONSTANTINO, ISABELLA; Server - ; Served Date - 04-DEC-23; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served
**Affidavit Special Process Serv**

affidavit
**Affidavit Special Process Serv**

affidavit
**Affidavit Special Process Serv**

affidavit
**Affidavit Special Process Serv**

affidavit

**12/01/2023**

**Alias Summons Issued**

Document ID: 23-SMOS-4507, for THE SQUARE LLC.
**Alias Summons Issued**

Document ID: 23-SMOS-4506, for AMER, KARIM.
**Alias Summons Issued**

Document ID: 23-SMOS-4505, for NOJAIME, JEHANE.
**Request Filed**

REQUEST FOR ALIAS SUMMONS ON DEFENDANTS JEHANE NOJAIME, KARIM AMER, AND THE SQUARE LLC
    **Filed By:** MARC BRANDAN ELLIOT

**11/29/2023**

**Affidavit Filed**

AFFIDAVIT OF SERVICE RETURN ON ISABELLA CONSTANTINO
    **Filed By:** MARC BRANDAN ELLIOT



**Affidavit Filed**

AFFIDAVIT OF NON SERVICE/ BAD ADDRESS ON DEFENDANT JEHANE NOJAIM
   **Filed By:** MARC BRANDAN ELLIOT
**Affidavit Filed**


AFFIDAVIT OF SERVICE ON DEFENDANT THE SQUARE LLC
   **Filed By:** MARC BRANDAN ELLIOT
**Affidavit Filed**


AFFIDAVIT OF NON SERVICE RETURN ON DEFENDANT KARIM AMER
   **Filed By:** MARC BRANDAN ELLIOT

**11/27/2023**

   **Corporation Served**
   Document ID - 23-SMOS-4129; Served To - THE OTHRS LLC; Server - ; Served Date - 27-NOV-23; Served Time - 00:00:00;
   Service Type - Other; Reason Description - Served
   **Corporation Served**
   Document ID - 23-SMOS-4130; Served To - THE OTHRS LICENSING CORP; Server - ; Served Date - 27-NOV-23; Served Time -
   00:00:00; Service Type - Other; Reason Description - Served
   **Notice of Service**


   2322-CC09423
   **Notice of Service**


   notice of service

**11/17/2023**

   **Summons Personally Served**


   Document ID - 23-SMOS-4126; Served To - HBO HOME ENTERTAINMENT CORP; Server - ; Served Date - 15-NOV-23; Served
   Time - 14:45:00; Service Type - Special Process Server; Reason Description - Served; Service Text - ROBIN HUTT BANKS
   MANAGING AGENT

**11/08/2023**

   **Jury Trial Scheduled**
      **Scheduled For:** 04/22/2024; 9:00 AM; ELIZABETH BYRNE HOGAN; City of St. Louis

**11/02/2023**

   **Correspondence Filed**


   A LETTER MAILED TO PLAINTIFF WITH 2 COPIES OF SUMMONS AND A COPY OF PETITION TO SEND TO NEW CASTLE
   COUNTY, DE, THE COUNTY OF NEW YORK, NY, MIAMI-DADE COUNTY, FL, BROOKLYN COUNTY, NY, AND ERIE COUNTY,
   NY FOR SERVICE ON DEFENDANTS
   **Summ Issd- Circ Pers Serv O/S**


   Document ID: 23-SMOS-4132, for CONSTANTINO, ISABELLA.
   **Summ Issd- Circ Pers Serv O/S**


   Document ID: 23-SMOS-4131, for THE SQUARE LLC.
   **Summ Issd- Circ Pers Serv O/S**


   Document ID: 23-SMOS-4130, for THE OTHRS LICENSING CORP.
   **Summ Issd- Circ Pers Serv O/S**


   Document ID: 23-SMOS-4129, for THE OTHRS LLC.
   **Summ Issd- Circ Pers Serv O/S**


   Document ID: 23-SMOS-4128, for AMER, KARIM.
   **Summ Issd- Circ Pers Serv O/S**


   Document ID: 23-SMOS-4127, for NOJAIME, JEHANE.
   **Summ Issd- Circ Pers Serv O/S**


   Document ID: 23-SMOS-4126, for HBO HOME ENTERTAINMENT CORP.

**Judge/Clerk - Note**

SUMMONS ISSUED FOR DEFENDANT JOHN DOE RETURN DUE TO BAD ADDRESS/GIVEN IN CONFIDENTIAL
INFORMATION SHEET FOR SERVICE

**10/31/2023**

**Confid Filing Info Sheet Filed**

**Filed By:** MARC BRANDAN ELLIOT

**Pet Filed in Circuit Ct**

**Filed By:** MARC BRANDAN ELLIOT

**Judge Assigned**

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(City of St. Louis)

MARC ELLIOT,                                    )
                                                )
        Plaintiff,                              )
                                                )          COMPLAINT FOR DAMAGES
        v.                                      )          Case No. 2322-CC09423
                                                )
HBO HOME ENTERTAINMENT CORP.                    )
a Delaware corporation; JEHANE NOUJAIME,        )
an individual; KARIM AMER, an individual;       )
THE OTHRS, LLC, a Florida limited liability     )
company; THE OTHRS LICENSING CORP.,             )
a Florida corporation; The Square, LLC, a       )
New York limited liability company;             )
ISABELLA CONSTANTINO, an individual;            )
JOHN DOES 1-10.                                 )

---

## COMPLAINT

Plaintiff Marc Elliot, *pro se*, files this COMPLAINT and alleges as follows:

### JURISDICTION AND VENUE

1.  Jurisdiction and venue are proper and lie with Court pursuant to **Mo**. Rev. Stat. §

    508.010.

### PARTIES

2.  Plaintiff Marc Elliot is a resident of Missouri and was at all times relevant to this

    Complaint. Plaintiff Marc Elliot currently resides at 5655 Pershing Ave, Apt 529, St.

    Louis, MO 63112.

3.  Defendant HBO Home Entertainment (HBO) is a Delaware corporation.  HBO broadcast

    *The Vow* for commercial gain. Upon information and belief the Defendant HBO's

1

registered agent is The Corporation Trust Company located at Corporation Trust Center 1209 Orange St, Wilmington, DE 19801.

4. Defendant Jehane Noujaim, upon information and belief, is a resident of New York. Noujaim is a coproducer and director of *The Vow*. Noujaim "personally directed most of Part II's episodes herself." <u>See</u> Sam Adams, <u>*The Vow*'s Co-Creator on Why It Was Never Just a "Sex Cult" Documentary</u>, Slate, November 21, 2022, https://slate.com/culture/2022/11/vow-nxivm-keith-raniere-season-2-finale.html. Upon information and belief the Defendant Jehane Noujaim lives at 14 E. 4th, Unit 1107, New York, 10002.

5. Defendant Karim Amer, upon information and belief is a resident of New York. Amer is a coproducer and director of *The Vow*. Upon information and belief the Defendant Karim Amer lives at 14 E. 4th, Unit 1107, New York, 10002.

6. Noujaim and Amer were spouses at all times relevant to this Complaint.

7. Defendant The Othrs LLC (a Florida limited liability company) controlled by Defendants Noujaim and Amer created specifically to facilitate the filming and distribution of rights to *The Vow* for commercial gain. Upon information and belief the Defendant The Othrs LLC's registered agent is Lee J. Osiason and is located at 201 Alhambra Circle, Suite 1205, c/o Lee J. Osiason, Coral Gables, FL 33134.

8. Defendant The Othrs Licensing Corp. (a Florida corporation) controlled by Defendants Noujaim and Amer created specifically to facilitate the filming and distribution of rights to *The Vow* for commercial gain.   Upon information and belief the Defendant The Othrs Licensing Corp's registered agent is Lee J. Osiason and is located at 201 Alhambra Circle, Suite 1205, c/o Lee J. Osiason, Coral Gables, FL 33134

9. Defendant The Square, LLC (a New York limited liability company) is controlled by Defendants Noujaim and Amer and is listed as the "Producer" in Release Agreement. Upon information and belief the Defendant The Square, LLC's registered agent is Lisa Wisely and is located at 160 Van Brunt St., Third FL, Brooklyn, NY 11231

10. Defendant Isabella Constantino is a New York resident. Upon information and belief the Defendant Isabella Constantino lives at 625 Lafayette Ave, Buffalo, NY 14222.

11. Defendant John Does 1-10 are unknown to the Plaintiff at this time. Plaintiff, upon information and belief states that others materially assisted named Defendants in violating his right of publicity as alleged in the Complaint. Such Doe defendants are likely to be identified in discovery and will be named in their legal capacity upon such being ascertained by Plaintiff.

## FACTS

12. Plaintiff was a member of a self-help organization known as NXIVM which practiced talk therapy and provided self-help courses which he found useful in overcoming his Tourette's Syndrome..

13. Defendant Noujaime specifically addressed the NXIVM approach to dealing with Tourette's directly targeting Plaintiff based on his experience with NXIVM. See Sam Adams, *The Vow*'s Co-Creator on Why It Was Never Just a "Sex Cult" Documentary, Slate, November 21, 2022, https://slate.com/culture/2022/11/vow-nxivm-keith-raniere-season-2-finale.html.

14. NXIVM was co-founded by Keith Raniere.

15. Raniere was involved in a legal battle with the United States government and was ultimately charged and convicted of federal criminal charges.

16. Raniere's criminal case and that of several famous co-defendants brought attention and publicity to NXIVM.

17. Raniere's criminal case culminated in a high-profile jury trial in the Eastern District of New York in 2019.

18. Nine weeks before Raniere's trial the Government alleged they had found child pornography on a hard drive seized during a search of Raniere's residence.

19. This created even greater attention to the case, brought new charges against Raniere, and led Raniere's co-defendants to plead guilty.

20. Raniere is currently challenging his conviction on grounds of newly discovered evidence, supported by seven forensics experts, that the metadata of the alleged child pornography evidence, which aged the subject of photos to 15, was extensively doctored, and multiple government personnel appear to be involved in this fraud.  See *United States v. Raniere*, 18-cr-204, Eastern District of New York, ECF. Nos 1169, 1176, 1192, 1213, and 1223.

21. As a result of this publicity, Defendants Noujaim and Amer, who are documentary filmmakers, began production of a documentary, eventually to become known as *The Vow*, about NXIVM on or about May of 2017.

22. Defendants Noujaim and Amer control, manage and own the companies responsible for producing, directing, filming and distributing their documentaries, including *The Vow*.

23. The companies controlled by Defendants Noujaim and Amer include The Othrs LLC, The Othrs Licensing Corp., The Square LLC (collectively "Othrs") which are each named as a defendant in the action.

4

24. On or about October 2017 through February 2018, Plaintiff engaged in a call transmitted over technology utilized in interstate commerce with Defendant Isabella Constantino concerning NXIVM (the "Constantino call").

25. Defendant Constantino knew that Plaintiff was unaware of the filming of the call, had not given consent for the airing of the call, and that such audio and visual production would be used by other defendants for commercial gain

26. Plaintiff was approached by Defendants Noujaim and Amer to participate in Season 2 of *The Vow* on or about July 11, 2020.

27. Plaintiff sent the signed Release Agreement to Defendants Noujaim and Amer by email on September 18, 2020.  See Exhibit 1.

28. The operative language of the Agreement stated "*I consent and give my permission to The Square LLC (the "Producer," which, as referenced in this consent and release, includes the Producer's affiliates, successors, licensees and assigns), to interview, film, photograph and record me starting July 11th, 2020 (collectively, the "Footage"), in*

29. *connection with the Forgotten Ones movement, and to use the Footage and my name, voice, likeness and biography in Producer's documentary series about NXIVM (the "Documentary Series").*

30. The agreement specifically addressed only those times after July 11, 2020.

31. Defendants Noujaim and Amer knew, at the time Plaintiff signed the release, that the 2018 Constantino call footage existed.

32. Defendants Noujaim and Amer used professional videography and sound equipment to video and audio record the call with Constantino's permission intending to use it in a commercially produced and released documentary about NXIVM and its members.

5

**33.** Defendants Noujaim and Amer never disclosed the existence of the Constantino call to Plaintiff and it was only upon the airing of season 2, episode 3 of *The Vow* that Plaintiff became aware of its existence.

**34.** Plaintiff never provided knowing and voluntary consent to Defendants Noujaim and Amer of Defendant HBO or any of their agents to air the Constantino call footage.

**35.** Defendants Noujaim and Amer began filming Plaintiff on July 11, 2020, and continued through on or about September 2021.

**36.** HBO entered into an agreement with Defendants Noujaim and Amer and their companies to air *The Vow* for compensation.

**37.** Upon information and belief, HBO's legal department reviewed the episodes prior to airing and also reviewed Plaintiff's Release Agreement.

**38.** Plaintiff appeared in *The Vow* season two, episode three which aired on October 31, 2022 on HBO behind a paywall for commercial gain.

**39.** *The Vow* is available for viewing behind a paywall and has been at all times relevant to this Complaint in Missouri.



40. The episode which includes Plaintiff, as referenced by paragraph 38 above, continues to air on HBO and is currently available behind a paywall for viewing by the general public, making exhibition use for commercial gain.

41. Plaintiff was located in New York during the Constantino call.

42. Upon information and belief, Constantino was located in New York when the Constantino call was recorded.

43. New York is a one-party consent state with relation to wiretapped conversations transmitted electronically.

44. Without Plaintiff's knowledge or consent the call with Constantino was recorded by videographic and audio means.

45. Plaintiff had and continues to have an expectation of privacy in the Constantino call.

46. Upon information and belief, Constantino permitted John Doe defendants to record the call for future use in a video documentary production about NXIVM which was produced and broadcast as *The Vow*.

47. Upon information and belief, Constantino and the Doe defendants knew that Plaintiff did not consent to the recording and did not waive any right to privacy in his voice, name and identification for the commercial use of the recording either by video or audio production.

48. There is no consent and release from Plaintiff to any party that waives his right to privacy in the Constantino call.

49. Upon information and belief, Defendant HBO reviewed the July 11, 2022 Release Agreement signed by Plaintiff and knew that the Constantino call was not covered by the agreement.

50. Upon information and belief, Defendants The Square LLC (State LLC), The Othrs LLC (a Florida LLC), and The Othrs Licensing Corp. (a Florida corporation) by and through their members Defendants Noujaim and Amer solicited and marketed the broadcast of *The Vow* specifically season two, episode three to Defendant HBO including the Constantino call broadcast to the public without Plaintiff's consent.

51. Upon information and belief, the Defendants collectively conspired to broadcast the Constantino call in violation of Plaintiff's right to privacy with full knowledge that Plaintiff had neither consented nor waived his right to privacy in the call.

52. Defendants individually and collectively gained a commercial advantage from the use of Plaintiff's name, identity and voice without his consent.

## COUNT I RIGHT OF PUBLICITY AS TO ALL DEFENDANTS

53. Paragraphs 1 through 51 are incorporated by reference as if more fully stated herein.

54. Plaintiff has a right to privacy and a right of publicity in Missouri. See *Doe v. TCI Cablevision*, 110 S.W.3d 363 (Mo. 2003).

55. Plaintiff has a statutory right of privacy in New York to his name, portrait, picture, or voice being used in a film or television production. See N.Y. Civ. Rights Law § 51.

56. Defendants, jointly and severally, used Plaintiff's voice, likeness and name to gain a commercial advantage for profit in a video production, *The Vow*, aired on HBO beginning on October 31, 2022 and continuing to present.

**57.** *The Vow* was a commercial success continuing to generate revenue for the Defendants, as acknowledged by Defendant Noujaim on her Facebook page.





9





**58.** Plaintiff was damaged by the publication, without his consent, of the Constantino call.

### COUNT II CIVIL CONSPIRACY AS TO ALL DEFENDANTS

**59.** Paragraphs 1 through 57 are incorporated by reference as if more fully stated herein.

**60.** Defendants conspired, aided and abetted and otherwise colluded with each other individually and collectively to knowingly collect and publish for commercial gain the identity, likeness and voice of Plaintiff without his consent or any legal justification.

10

61. Defendants conspired with an unlawful objective to broadcast Plaintiff's identity and voice in season two, episode three of *The Vow* in order to increase publicity and continue their commercial gain with knowledge that Plaintiff had not consented to his identity and likeness from the Constantino call being broadcast.

62. Upon information and belief, Defendants collaborated jointly and severally to publish the identity and voice of Plaintiff without his consent in relation to the Constantino call by in person meetings and electronic means.

63. Defendants engaged in the overt act of publishing the Constantino call without the consent of Plaintiff by inducing Plaintiff to consent to filming and use of his likeness, name, image and voice on or after July 11, 2020, with full knowledge of the Constantino call.

64. Plaintiff was damaged by the publication, without his consent, of the Constantino call.

**WHEREFORE,**

1. Plaintiff demands a trial by jury.

2. Plaintiff seeks an award of damages in excess of $75,000 to be determined by proof at trial against each and every Defendant, jointly and severally.

3. All other remedies allowed by law.

**DATED** this 31st day of October 2023.

Sworn to and subscribed before me this _3/ ST_
date of _October_ , 20_23_ .
Witness my hand and official seal.
Notary Public _Barbara Renfrow_

BARBARA D. RENFROW
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: May 31, 2024
Commission Number: 20606492

Respectfully submitted,

Marc Elliot
Defendant, *pro se*
5655 Pershing Ave, Apt 529
St. Louis, MO 63112
marc@marcelliot.com
314-252-0579

11

# EXHIBIT 1

THE SQUARE LLC - Producer

CONSENT AND RELEASE

I consent and give my permission to The Square LLC (the "Producer," which, as referenced in this consent and release, includes the Producer's affiliates, successors, licensees and assigns), to interview, film, photograph and record me starting July 11th, 2020 (collectively, the "Footage"), in connection with the Forgotten Ones movement, and to use the Footage and my name, voice, likeness and biography in Producer's documentary series about NXIVM (the "Documentary Series"), its exploitation in all versions, formats and media worldwide in perpetuity, the advertising and promotion of the Documentary Series, and otherwise in connection with the subject matter. Producer shall have the right to assign its rights hereunder to any person, corporation or entity. Following release of the Documentary Series, I may request in writing and Producer will use good faith efforts to cause any Footage featuring me in connection with the Forgotten Ones movement which is not used in the Documentary Series to be licensed to me for historical purposes or any other purposes that are mutually agreed upon in writing, on terms to be negotiated in good faith. The above provision shall be subject to the approval of the distributor of the Documentary Series and any rights of other subjects contained in the Footage.

I know that the subject matter of the Documentary Series is sensitive and will not disclose to anyone the Documentary Series' existence or any other information concerning it, including my participation in the interview. I will not give any interviews or authorize any publicity relating to the Documentary Series without Producer's prior written approval.

I agree not to make any claim of any nature against the Producer or any third party relating to the Documentary Series and your filming of me, including but not limited to claims for moral rights, defamation, privacy, publicity, or payment. I agree that I do not have any right of inspection or approval of the uses of the Footage pursuant to this consent and release. I agree to jurisdiction of state and federal courts located in New York, New York that New York law shall govern this release, and hereby specifically waive the right to seek equitable or injunctive relief or to otherwise enjoin, restrain, or interfere with the production, distribution, exploitation, promotion, or exhibition of the Documentary Series or use of any of the above grants.

I confirm that I am not basing my consent and release on any information or statements other than what is contained herein. Since I understand that Producer is relying on the consent and release being granted herein, including making binding contractual commitments and incurring significant expense, I agree that it cannot be revoked.

Signature: _____

Printed: **Marc Elliot** _____

Address: _____ **99 Wall St, Suite #1958, New York, 10005** _____

Email: _____ **marc@marcelliot.com** _____

THE SQUARE LLC - Producer

CONSENT AND RELEASE

Date: _____



Marc Elliot <marc@marcelliot.com>

# Marc Elliot's Release Form
4 messages

**Marc Elliot** <marc@marcelliot.com>
To: kurhmanner@theofhrs.com

Fri, Sep 18, 2020 at 8:07 PM

Hi Karim and Jehane,

With all the filming that took place today surrounding CBS, it only made sense I also sign the release at this point. Attached is my release form. Karim, I know we haven't had the chance to meet. Would it be possible if the three of us talked soon?

Thanks

-Marc Elliot

Marc Elliot
Inspirational Speaker
www.marcelliot.com

📄 **Appearance Release (The Square LLC) 8.6.20.pdf**
66K

---

**Jehane Noujaim** <noujaimjehane@gmail.com>
To: Marc Elliot <marc@marcelliot.com>
Cc: Karim Salah Amer <kurimamer@theofhrs.com>

Mon, Sep 21, 2020 at 2:09 PM

Dear Marc,

Thank you so much for this. We heard from Bowie that it was very powerful to hear the group's conversation after the CBS interview last week. I am really glad to hear that you were a part of the conversation, and I am very much looking forward to talking more with you soon. I know Karim would love to meet you as well. We would love to connect for a call soon. Does sometime later this week or weekend work for you?

All the best,

Jehane

On Mon, Sep 21, 2020 at 2:20 PM Karim Salah Amer <kurimamer@theofhrs.com> wrote:

> ---------- Forwarded message ----------
> From: Marc Elliot <marc@marcelliot.com>
> Date: Fri, Sep 18, 2020 at 1010 PM
> Subject: Marc Elliot's Release Form
> To: <kurimamer@theofhrs.com>
>
> Hi Karim and Jehane,
>
> With all the filming that took place today surrounding CBS, it only made sense I also sign the release at this point. Attached is my release form. Karim, I know we haven't had the chance to meet. Would it be possible if the three of us talked soon?
>
> Thanks
>
> -Marc Elliot
>
> Marc Elliot
> Inspirational Speaker
> www.marcelliot.com



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number:  2322-CC09423 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARC BRANDAN ELLIOT | Plaintiff's/Petitioner's Attorney/Address:<br>MARC BRANDAN ELLIOT<br>5655 PERSHING AVE<br>APT 529<br>ST LOUIS, MO  63112 | |
| vs. | | |
| Defendant/Respondent:<br>HBO HOME ENTERTAINMENT CORP | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   HBO HOME ENTERTAINMENT CORP
Alias:

THE CORPORATION TRUST COMPANY
1209 ORANGE ST
WILMINGTON, DE  19801                                    **NEW CASTLE COUNTY, DE**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

_____**November 2, 2023**_____          _Thomas Kloeppinger_ _____
Date                                             Clerk

Further Information:

---

### Officer's or Server's Affidavit of Service

I certify that:

1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above Summons by: (check one)
    ☐ delivering a copy of the summons and petition to the defendant/respondent.
    ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
    ☐ (for service on a corporation) delivering a copy of the summons and petition to _____ (name) _____ (title).
    ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
                  ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                  ☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____ miles @ $ _____ per mile) |
| Total | $_____ | |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC09423 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARC BRANDAN ELLIOT | Plaintiff's/Petitioner's Attorney/Address:<br>MARC BRANDAN ELLIOT<br>5655 PERSHING AVE<br>APT 529<br>ST LOUIS, MO 63112 | |
| vs. | | |
| Defendant/Respondent:<br>HBO HOME ENTERTAINMENT CORP | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** JEHANE NOJAIME
Alias:

14 E 4TH ST UNIT 1107
NEW YORK, NY 10002

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**November 2, 2023**
Date ——————————    Thomas Kloeppinger ——————————
Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

—————————————————    —————————————————
Printed Name of Sheriff or Server        Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

—————————————————
Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____miles @ $ _____ per mile) |
| Total | $_____ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC09423 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARC BRANDAN ELLIOT<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARC BRANDAN ELLIOT<br>5655 PERSHING AVE<br>APT 529<br>ST LOUIS, MO 63112 | |
| Defendant/Respondent:<br>HBO HOME ENTERTAINMENT CORP<br><br>Nature of Suit:<br>CC Other Tort | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: KARIM AMER
                      Alias:

14 E 4TH ST UNIT 1107
NEW YORK, NY 10002

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

          **November 2, 2023**               _Thomas Kloeppinger_
                       Date                                  Clerk
Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above Summons by: (check one)
   ☐ delivering a copy of the summons and petition to the defendant/respondent.
   ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
   ☐ (for service on a corporation) delivering a copy of the summons and petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____               _____
    Printed Name of Sheriff or Server                              Signature of Sheriff or Server
        **Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
        I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                           ☐ the judge of the court of which affiant is an officer.
                           ☐ authorized to administer oaths in the state in which the affiant served the above
*(Seal)*                            summons. (use for out-of-state officer)
                           ☐ authorized to administer oaths. (use for court-appointed server)

                                                      Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $ _____ per mile) |
| Total | $_____ |

*See the following page for directions to officer making return on service of summons.*

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC09423 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARC BRANDAN ELLIOT<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARC BRANDAN ELLIOT<br>5655 PERSHING AVE<br>APT 529<br>ST LOUIS, MO  63112 | |
| Defendant/Respondent:<br>HBO HOME ENTERTAINMENT CORP | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   THE OTHRS LLC
                   Alias:

**201 ALHAMBRA CIRCLE SUITE 1205**
**C/O LEE J OSIASON**                                    **MIAMI-DADE COUNTY, FL**
**CORAL GABLES, FL  33134**

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*CITY OF ST LOUIS*

_____**November 2, 2023**_____                    _Thomas Kloeppinger_____
                  Date                                                    Clerk
Further Information:

---

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above Summons by: (check one)
    ☐ delivering a copy of the summons and petition to the defendant/respondent.
    ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent
       with _____, a person at least 18 years of age residing therein.
    ☐ (for service on a corporation) delivering a copy of the summons and petition to
       _____ (name) _____ (title).
    ☐ other: _____.

Served at _____ (address)
in _____County, _____ (state), on _____ (date) at _____ (time).

_____              _____
Printed Name of Sheriff or Server                     Signature of Sheriff or Server
**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
       *(Seal)*    ☐ authorized to administer oaths in the state in which the affiant served the above
                      summons. (use for out-of-state officer)
                  ☐ authorized to administer oaths. (use for court-appointed server)

                                                   _____
                                                        Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $ _____ per mile) |
| **Total** | $_____ |

*See the following page for directions to officer making return on service of summons.*

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC09423 |
| Plaintiff/Petitioner:<br>MARC BRANDAN ELLIOT | Plaintiff's/Petitioner's Attorney/Address:<br>MARC BRANDAN ELLIOT<br>5655 PERSHING AVE<br>APT 529<br>ST LOUIS, MO 63112 |
| vs. | |
| Defendant/Respondent:<br>HBO HOME ENTERTAINMENT CORP | Court Address:<br>CIVIL COURTS BUILDING |
| Nature of Suit:<br>CC Other Tort | 10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   THE OTHRS LICENSING CORP
                        Alias:

201 ALHAMBRA CIRCLE SUITE 1205          **MIAMI-DADE COUNTY, FL**
C/O LEE J OSIASON
CORAL GABLES, FL 33134

**COURT SEAL OF**

*CIRCUIT COURT OF MISSOURI*

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

_____**November 2, 2023**_____          *Thomas Kloeppinger*
                 Date                                         Clerk

Further Information:

---

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above Summons by: (check one)
   - ☐ delivering a copy of the summons and petition to the defendant/respondent.
   - ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
   - ☐ (for service on a corporation) delivering a copy of the summons and petition to _____ (name) _____ (title).
   - ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

Signature of Sheriff or Server

_____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

See the following page for directions to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC09423 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARC BRANDAN ELLIOT<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARC BRANDAN ELLIOT<br>5655 PERSHING AVE<br>APT 529<br>ST LOUIS, MO 63112 | |
| Defendant/Respondent:<br>HBO HOME ENTERTAINMENT CORP<br><br>Nature of Suit:<br>CC Other Tort | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   THE SQUARE LLC
Alias:

LISA WISLEY, RAGT
160 VAN BRUNT ST THIRD FL
BROOKLYN, NY  11231

**BROOKLYN COUNTY, NY**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

_____ November 2, 2023 _____        _Thomas Kloeppinger_ _____
                    Date                                                        Clerk
Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above Summons by: (check one)
    ☐ delivering a copy of the summons and petition to the defendant/respondent.
    ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
    ☐ (for service on a corporation) delivering a copy of the summons and petition to _____ (name) _____ (title).
    ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server
**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
                  ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                  ☐ authorized to administer oaths. (use for court-appointed server)
*(Seal)*

_____
Signature and Title

| Service Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____miles @ $ _____ per mile) |
| **Total** | $_____ | |

See the following page for directions to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: **2322-CC09423** | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARC BRANDAN ELLIOT | Plaintiff's/Petitioner's Attorney/Address:<br>MARC BRANDAN ELLIOT<br>5655 PERSHING AVE<br>APT 529<br>ST LOUIS, MO 63112 | |
| vs. | | |
| Defendant/Respondent:<br>HBO HOME ENTERTAINMENT CORP | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

The State of Missouri to: ISABELLA CONSTANTINO
Alias:

**625 LAFAYETTE AVENUE**
**BUFFALO, NY  14222**

**ERIE COUNTY, NY**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**November 2, 2023** _____     _Thomas Kloeppinger_ _____
Date                                         Clerk
Further Information:

---

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above Summons by: (check one)
   - ☐ delivering a copy of the summons and petition to the defendant/respondent.
   - ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
   - ☐ (for service on a corporation) delivering a copy of the summons and petition to _____ (name) _____ (title).
   - ☐ other: _____.

Served at _____ (address)
in _____County, _____ (state), on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server                   Signature of Sheriff or Server
**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
   ☐ the judge of the court of which affiant is an officer.
*(Seal)*   ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
   ☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

| Service Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____ miles @ $_____ per mile) |
| Total | $_____ | |

See the following page for directions to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



## TWENTY-SECOND JUDICIAL CIRCUIT OF MISSOURI
## CITY OF ST. LOUIS

THOMAS KLOEPPINGER
CIRCUIT CLERK

**NOVEMBER 2, 2023**

**Cause Number: 2322-CC09423**

Dear MR MARC ELLIOT

Please find enclosed herein, two (2) copies of the summons with attached Petition in regard to the above cause number.

You must forward both copies to the **NEW CASTLE COUNTY, DE, THE COUNTY OF NEW YORK, NY, MIAMI-DADE COUNTY, FL, BROOKLYN COUNTY, & ERIE COUNTY, NY SHERIFF'S DEPARTMENT** or other process server in the county and state where you are attempting to serve the defendants.

As the summons must be served within thirty (30) days of issue date, it is very important that you do this as soon as possible or the summons will expire.

Sincerely,

THOMAS KLOEPPINGER
Circuit Clerk

By: M MCMULLEN
Deputy Clerk

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI **FILED**

**NOV 17 2023**

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC09423 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARC BRANDAN ELLIOT | Plaintiff's/Petitioner's Attorney/Address:<br>MARC BRANDAN ELLIOT<br>5655 PERSHING AVE<br>APT 529<br>ST LOUIS, MO 63112 | 22ND JUDICIAL CIRCUIT<br>CIRCUIT CLERK'S OFFICE<br>BY _____ DEPUTY |
| | vs. | |
| Defendant/Respondent:<br>HBO HOME ENTERTAINMENT CORP | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:    HBO HOME ENTERTAINMENT CORP
                             Alias:

THE CORPORATION TRUST COMPANY
1209 ORANGE ST
WILMINGTON, DE 19801

**NEW CASTLE COUNTY, DE**

COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**November 2, 2023** _____    _Thomas Kloeppinger_
          Date                                    Clerk
Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is __PROCESS SERVER__ of __NEW CASTLE__ County, __DE__ (state).
3. I have served the above Summons by: (check one)
   ☐ delivering a copy of the summons and petition to the defendant/respondent.
   ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
   ☒ (for service on a corporation) delivering a copy of the summons and petition to __ROBIN HUTT BANKS__ (name) __MANAGING AGENT__ (title).
   ☐ other: _____

Served at __1209 ORANGE ST WILMINGTON DE 19801__ (address)
in __NEW CASTLE__ County, __DE__ (state), on __11/15/2023__ (date) at __2:45 PM__ (time).

__GILBERT DEL VALLE__                              GILBERT DEL VALLE
                                                  BRANDYWINE PROCESS SERVERS, LTD
                                                  PO BOX 1360 WILMINGTON, DE 19899
                                                  302-475-2600
Printed Name of Sheriff or Server                Signature of Sheriff or Server

Subscribed and sworn to before me this __15TH__ (day) __NOV.__ (month) __2023__ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
                  ☒ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                  ☐ authorized to administer oaths. (use for court-appointed server)

KEVIN DUNN
(Seal) NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

Signature and Title

| Service Fees | | | |
|---|---|---|---|
| Summons | $_____ | | |
| Non Est | $_____ | | |
| Mileage | $_____ | (_____ miles @ $ _____ per mile) | |
| Total | $_____ | | |

See the following page for directions to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

**BRANDYWINE PROCESS SERVERS, LTD.**
PO BOX 1360
Wilmington, DE  19899
302-475-2600
brandywineps@comcast.net
www.wilmingtonprocessserver.com

# INVOICE

**BILL TO**
MARC BRANDON
ELLIOT
5655 PERSHING AVE APT
529
ST LOUIS, MO  63101

**INVOICE #** 12796
**DATE** 11/15/2023
**DUE DATE** 12/15/2023
**TERMS** Net 30

| DATE | CASE CAPTION | AMOUNT |
|------|--------------|--------|
| 11/15/2023 | MARC BRANDON ELLIOT    V    HBO ENTERTAINMENT CORP SERVICE C/O CT | 99.00 |
| | PAYMENT | 99.00 |
| | BALANCE DUE | **$0.00** |

PAID

TAX ID # 51-0267938

IN THE TWENTY-SECOND JUDICIAL CIRCUIT COURT OF MISSOURI

**MARC BRANDAN ELLIOT**

 *Plaintiff(s) / Petitioner(s)*

2023 NOV 27 PM 1: 18

v.

**HBO HOME ENTERTAINMENT CORP. a Delaware
corporation; JEHANE NOUJAIME, an individual; KARIM
AMER, an individual; THE OTHRS, LLC, a Florida limited
liability company; THE OTHRS LICENSING CORBP., a
Florida corporation; The Square, LLC, a New York limited
liability company; ISABELLA CONSTANTINO, an individual;
JOHN DOES 1-10**

Case No.: 2322-CC09423

 *Defendant(s) / Respondent(s)*

## AFFIDAVIT OF SERVICE

I, David Diaz, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a
party to this action.

I served the following documents to The Othrs Licensing Corp in Miami-Dade County, FL on November
18, 2023 at 12:06 pm at 7525 Sunset Dr, Miami, FL 33143 by leaving the following documents with Lee
Osiason who as Registered Agent is authorized by appointment or by law to receive service of process for
The Othrs Licensing Corp.

Summons, Directions, Complaint for Damages, and Exhibit A

White Male, est. age 65+, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=25.7035840791,-80.3159791019
Photograph: See Exhibit 1

/s/

Signature
David Diaz
+1 (786) 516-5514

Subscribed and sworn to before
me this _21_ day of
__November_, _23_, by
_Amber Jo Martinez_____.
Witness my hand and official
seal.

*Amber Jo Martinez*

Notary Public

My commission expires:
_10/09/2027_

Notarized online using audio-video communication

Amber Jo Martinez
Electronic Notary Public
State of Colorado
Commission #: 20194038470
Commission Expires: 10/09/2027



Exhibit 1a)



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC09423 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARC BRANDAN ELLIOT<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARC BRANDAN ELLIOT<br>5655 PERSHING AVE<br>APT 529<br>ST LOUIS, MO 63112 | |
| Defendant/Respondent:<br>HBO HOME ENTERTAINMENT CORP<br>Nature of Suit:<br>CC Other Tort | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:    THE OTHRS LICENSING CORP
                             Alias:
**201 ALHAMBRA CIRCLE SUITE 1205**
**C/O LEE J OSIASON**
**CORAL GABLES, FL 33134**

**MIAMI-DADE COUNTY, FL**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

_____**November 2, 2023**_____        _Thomas Kloeppinger_
              Date                                      Clerk
Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above Summons by: (check one)
    ☐ delivering a copy of the summons and petition to the defendant/respondent.
    ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent
       with _____, a person at least 18 years of age residing therein.
    ☒ (for service on a corporation) delivering a copy of the summons and petition to
          Lee Osiason        (name)        Registered Agent        (title).
    ☐ other:_____

Served at _7525 Sunset Dr, Miami, FL 33143_____ (address)
in __Miami-Dade__ County, __Florida__ (state), on _11/18/2023_ (date) at _12:06 pm_ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server
        Subscribed and sworn to before me this _____ (day) _____ (month) _____ (year).
        I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                          ☐ the judge of the court of which affiant is an officer.
                          ☐ authorized to administer oaths in the state in which the affiant served the above
                            summons. (use for out-of-state officer)
                          ☐ authorized to administer oaths. (use for court-appointed server)
*(Seal)*

_____
Signature and Title

IN THE TWENTY-SECOND JUDICIAL CIRCUIT COURT OF MISSOURI 

**MARC BRANDAN ELLIOT**

*Plaintiff(s) / Petitioner(s)*

2823 NOV 27 PM 1: 18

v.

**HBO HOME ENTERTAINMENT CORP, a Delaware corporation; JEHANE NOUJAIME, an individual; KARIM AMER, an individual; THE OTHRS, LLC, a Florida limited liability company; THE OTHRS LICENSING CORP., a Florida corporation; The Square, LLC, a New York limited liability company; ISABELLA CONSTANTINO, an individual; JOHN DOES 1-10**

Case No.: 2322-CC09423

*Defendant(s) / Respondent(s)*

### <u>AFFIDAVIT OF SERVICE</u>

I, David Diaz, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to The OTHRS LLC in Miami-Dade County, FL on November 18, 2023 at 12:04 pm at 7525 Sunset Dr, Miami, FL 33143 by leaving the following documents with Lee Osiason who as Registered Agent is authorized by appointment or by law to receive service of process for The OTHRS LLC.

Summons, Directions, Complaint for Damages, and Exhibit 1

White Male, est. age 65+, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=25.7034472958,-80.3162113233
Photograph: See Exhibit 1

/s/
_____
Signature
David Diaz
+1 (786) 516-5514

Subscribed and sworn to before
me this __21__ day of
__November__, __23__, by
__Amber Jo Martinez__.
Witness my hand and official
seal.

*Amber Jo Martinez*
_____
Notary Public

My commission expires:
__10/09/2027__

Notarized online using audio-video communication

Amber Jo Martinez
Electronic Notary Public
State of Colorado
Commission #: 20194038470
Commission Expires: 10/09/2027





# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC09423 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARC BRANDAN ELLIOT<br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARC BRANDAN ELLIOT<br>5655 PERSHING AVE<br>APT 529<br>ST LOUIS, MO 63112 | |
| Defendant/Respondent:<br>HBO HOME ENTERTAINMENT CORP | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   THE OTHRS LLC
　　　　　　　　　　　Alias:

**201 ALHAMBRA CIRCLE SUITE 1205**
**C/O LEE J OSIASON**
**CORAL GABLES, FL 33134**

**MIAMI-DADE COUNTY, FL**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**November 2, 2023**
_____
Date
Further Information:

_____
Clerk

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above Summons by: (check one)
   ☐ delivering a copy of the summons and petition to the defendant/respondent.
   ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
   ☒ (for service on a corporation) delivering a copy of the summons and petition to
      _____Lee Osiason_____ (name) _____Registered Agent_____ (title).
   ☐ other: _____.

Served at   7525 Sunset Dr, Miami, FL 33143 _____ (address)
in   Miami-Dade   County,   Florida   (state), on   11/18/2023   (date) at   12:04 pm   (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

Subscribed and sworn to before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
　　　　　　　　☐ the judge of the court of which affiant is an officer.
(Seal)　　　　　☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
　　　　　　　　☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

**AFFIDAVIT OF NON-SERVICE**

FILED
NOV 28 2023
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ Job: _____ DEPUTY
993/280

| Case: | Court: | County: | |
|---|---|---|---|
| 2322-CC09423 | 22ND JUDICIAL CIRCUIT | ST. LOUIS, MO | |
| **Plaintiff / Petitioner:** | | **Defendant / Respondent:** | |
| MARC BRANDAN ELLIOT | | HBO HOME ENTERTAINMENT CORP. | |
| **Received by:** | | **For:** | |
| LLS | | MARC BRANDAN ELLIOT | |
| **To be served upon:** | | | |
| KARIM AMER | | | |

I, Rodrick Green, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name:** | KARIM AMER |
| **Address:** | 14 E. 4th STREET APT: 1107, NEW YORK, NEW YORK 10012 |
| **Manner of Service:** | NON - SERVICE / BAD ADDRESS |
| **Date & Time:** | NOVEMBER 16, 2023 // 7:13 pm |
| **Documents:** | SUMMONS FOR PERSONAL SERVICE OUTSIDE THE STATE OF MISSOURI (Except Attachment Action), COMPLAINT FOR DAMAGES and EXHIBIT 1 |

Additional Comments: As per building concierge, no one by name is listed within buidling directory.

_____    11/28/23
**RODRICK GREEN**                       **Date**

LLS
41 Schermerhorn Street Suite 318
Brooklyn , NY 11201
800 695-7480

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
**Notary Public**

November 28, 2023
**Date**

ARLETTE SIMMONS
Notary Public, State of New York
No. 01S15162427
Qualified in New York County
My Commission Expires November 05, 2024

**AFFIDAVIT OF SERVICE**

FILED

NOV 2 2023

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY 9937940                    DEPUTY

| Case:<br>2322-CC09423 | Court:<br>22ND JUDICIAL CIRCUIT | County:<br>ST. LOUIS, MO |
|---|---|---|
| Plaintiff / Petitioner:<br>MARC BRANDAN ELLIOT | | Defendant / Respondent:<br>HBO HOME ENTERTAINMENT CORP. |
| Received by:<br>LLS | | For:<br>MARC BRANDAN ELLIOT |
| To be served upon:<br>THE SQUARE LLC | | |

I, MALCOLM NEWMAN, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name:     THE SQUARE LLC via NEW YORK SECRETARY OF STATE
Address:            99 WASHINGTON AVENUE, ALBANY NY 12201
Manner of Service:  SECRETARY OF STATE
Time & Date:        NOVEMBER 17, 2023 / 10:56 am
Documents:          SUMMONS FOR PERSONAL SERVICE OUTSIDE THE STATE OF MISSOURI (Except Attachment Action), COMPLAINT FOR
                    DAMAGES and EXHIBIT 1 and $40.00 STATE FILING FEE

_____    11/28/23
MALCOLM NEWMAN               Date

LLS
41 Schermerhorn Street Suite 318
Brooklyn, NY 11201
800 695-7480

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

November 28, 2023
Date

ARLETTE SIMMONS
Notary Public, State of New York
No: 01S15162427
Qualified in New York County
My Commission Expires November 05, 2024

**AFFIDAVIT OF NON-SERVICE**

FILED
NOV 28 2023
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

| Case:<br>2322-CC09423 | Court:<br>22ND JUDICIAL CIRCUIT | County:<br>ST. LOUIS, MO | |
|---|---|---|---|
| Plaintiff / Petitioner:<br>MARC BRANDAN ELLIOT | | Defendant / Respondent:<br>HBO HOME ENTERTAINMENT CORP. | |
| Received by:<br>LLS | | For:<br>MARC BRANDAN ELLIOT | |
| To be served upon:<br>JEHANE NOJAIM | | | |

I, Rodrick Green, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name: | JEHANE NOJAIM |
|---|---|
| Address: | 14 E. 4th STREET APT: 1107, NEW YORK, NEW YORK 10012 |
| Manner of Service: | NON - SERVICE / BAD ADDRESS |
| Date & Time: | NOVEMBER 16, 2023 // 7:13 pm |
| Documents: | SUMMONS FOR PERSONAL SERVICE OUTSIDE THE STATE OF MISSOURI (Except Attachment Action), COMPLAINT FOR DAMAGES and EXHIBIT 1 |

Additional Comments: As per building concierge, no one by name is listed within building directory.

_____    11/28/23
RODRICK GREEN                Date

LLS
41 Schermerhorn Street Suite 318
Brooklyn, NY 11201
800 695-7480

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

November 28 2023
Date

ARLETTE SIMMONS
Notary Public, State of New York
No: 01S15162427
Qualified in New York County
My Commission Expires November 05, 2024

**AFFIDAVIT OF SERVICE**

FILED

NOV 2023

22ND JUDICIAL CIRCUIT
CLERK'S OFFICE
BY 9937448
DEPUTY

| Case: 2322-CC09423 | Court: 22ND JUDICIAL CIRCUIT | County: ST. LOUIS, MO |
|---|---|---|
| Plaintiff / Petitioner: MARC BRANDAN ELLIOT | | Defendant / Respondent: HBO HOME ENTERTAINMENT CORP. |
| Received by: LLS | | For: MARC BRANDAN ELLIOT |
| To be served upon: ISABELLA CONSTANTINO | | |

I, ELVIN SINGLETON, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name:     ISABELLA CONSTANTINO
Address:            625 LAFAYETTE AVENUE, BUFFALO, NEW YORK 14222
Manner of Service:  PERSONAL / INDIVIDUAL
Date & Time:        NOVEMBER 27, 2023 // 7:41 pm
Documents:          SUMMONS FOR PERSONAL SERVICE OUTSIDE THE STATE OF MISSOURI (Except Attachment Action), COMPLAINT FOR
                    DAMAGES and EXHIBIT 1

ELVIN SINGLETON                          11/28/23
                                         Date

LLS
41 Schermerhorn Street Suite 318
Brooklyn, NY 11201
800 693-7480

Subscribed and sworn to before me by the affiant who is
personally known to me

Notary Public

November 28, 2023
Date

ARLETTE SIMMONS
Notary Public  State of New York
No. 01SI5162427
Qualified in New York County
My Commission Expires November 05 2024



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC09423 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARC BRANDAN ELLIOT<br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARC BRANDAN ELLIOT<br>5655 PERSHING AVE<br>APT 529<br>ST LOUIS, MO 63112 | |
| Defendant/Respondent:<br>HBO HOME ENTERTAINMENT CORP<br><br>Nature of Suit:<br>CC Other Tort | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |

### ALIAS Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

| The State of Missouri to: | JEHANE NOJAIME<br>Alias: |
|---|---|

14 E 4TH ST UNIT 1107
NEW YORK, NY 10002

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

| _____ **December 1, 2023** _____ | _Thomas Kloeppinger_ |
|---|---|
| Date | Clerk |

Further Information:

---

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____            _____
Printed Name of Sheriff or Server            Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

_(Seal)_

_____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: **2322-CC09423** |
| Plaintiff/Petitioner:<br>MARC BRANDAN ELLIOT<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARC BRANDAN ELLIOT<br>5655 PERSHING AVE<br>APT 529<br>ST LOUIS, MO 63112 |
| Defendant/Respondent:<br>HBO HOME ENTERTAINMENT CORP | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Other Tort | |

(Date File Stamp)

### ALIAS Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

The State of Missouri to:  **KARIM AMER**
**Alias:**

**14 E 4TH ST UNIT 1107**
**NEW YORK, NY 10002**

**COURT SEAL OF**

*CIRCUIT COURT OF THE CITY OF ST. LOUIS*

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**December 1, 2023**

_____          _____
Date                                                                    Clerk
Further Information: _____

---

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent
    with _____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to
    _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                      Signature of Sheriff or Server
**Subscribed and sworn to before me this** _____ (day) _____ (month) _____ (year).
I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
    ☐ the judge of the court of which affiant is an officer.
    ☐ authorized to administer oaths in the state in which the affiant served the above
       summons. (use for out-of-state officer)
*(Seal)*   ☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT

**(City of St. Louis)**

FILED

DEC 01 2023

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

MARC ELLIOT

**VS**

HBO HOME ENTERTAINMENT CORP, JEHANE NOUJAIM, KARIM AMER, THE OTHERS LLC, THE OTHERS LICENSING CORP, THE SQUARE LLC, ISABELLA CONSTANTINO.

CASE NO. 2322-CC09423    DIVISION 1

## ORDER/JUDGEMENT/MEMORANDUM

PLAINTIFF'S REQUEST

I'M REQUESTING TO REISSUE THE SUMMONS FOR JEHANE NOUJAIM, KARIM AMER AND THE SQUARE LLC. FOR JEHANE NOUJAIME AND KARIM AMER, THE PROCESS SERVER SERVED THE LAST KNOWN ADDRESS BUT THEY NO LONGER LIVE THERE I SUBMITTED THE AFFIDAVITS OF NON SERVICE TO THE COURT BUT I NEED MORE TIME TO LOCATE THEM.

REGARDING THE SQUARE LLC, THE PROCESS SERVER SERVED THE LLC THROUGH THE NY SECRETARY OF STATE BUT I JUST FOUND OUT THAT WILL NOT SUFFICE. I'M REQUESTING MORE TIME TO SERVE THE LLC'S REGISTERED AGENT. I DID SUBMIT THE AFFIDAVIT TO THE COURT FOR THE SUMMONS SUBMITTED THROUGH THE NY SECRETARY OF STATE.

THANK YOU.

MARC ELLIOT

Form 14 (Rev 2/06)

| Service Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| Total | $_____ | |

See the following page for directions to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: **2322-CC09423** |
| Plaintiff/Petitioner:<br>MARC BRANDAN ELLIOT<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARC BRANDAN ELLIOT<br>5655 PERSHING AVE<br>APT 529<br>ST LOUIS, MO  63112 |
| Defendant/Respondent:<br>HBO HOME ENTERTAINMENT CORP<br><br>Nature of Suit:<br>CC Other Tort | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101<br><br><br>(Date File Stamp) |

## ALIAS Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:    THE SQUARE LLC
                             Alias:

LISA WISLEY, RAGT
160 VAN BRUNT ST THIRD FL
BROOKLYN, NY  11231

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*CITY OF ST LOUIS*

_____**December 1, 2023**_____          _Thomas Kloeppinger_____
                        Date                                              Clerk

Further Information:

---

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above Summons by: (check one)
    - ☐ delivering a copy of the summons and petition to the defendant/respondent.
    - ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
    - ☐ (for service on a corporation) delivering a copy of the summons and petition to _____ (name) _____ (title).
    - ☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server
**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
        I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                           ☐ the judge of the court of which affiant is an officer.
                           ☐ authorized to administer oaths in the state in which the affiant served the above
*(Seal)*                      summons. (use for out-of-state officer)
                           ☐ authorized to administer oaths. (use for court-appointed server)

                                                _____
                                                    Signature and Title

| Service Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____miles @ $ _____ per mile) |
| Total | $_____ | |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

## AFFIDAVIT OF SERVICE

| Case:<br>2322 CC09423 | Court:<br>22ND JUDICIAL CIRCUIT | County:<br>ST. LOUIS, MO | 2023 DEC 04 PN 12:18<br>9937440 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>MARC BRANDAN ELLIOT | | Defendant / Respondent:<br>HBO HOME ENTERTAINMENT CORP. | |
| Received by:<br>LLS | | For:<br>MARC BRANDAN ELLIOT | |
| To be served upon:<br>ISABELLA CONSTANTINO | | | |

I, ELVIN SINGLETON, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name: | ISABELLA CONSTANTINO |
| Address: | 625 LAFAYETTE AVENUE, BUFFALO, NEW YORK 14222 |
| Manner of Service: | PERSONAL / INDIVIDUAL |
| Date & Time: | NOVEMBER 27, 2023 // 7:41 pm |
| Documents: | SUMMONS FOR PERSONAL SERVICE OUTSIDE THE STATE OF MISSOURI (Except Attachment Action), COMPLAINT FOR DAMAGES and EXHIBIT 1 |

_FLSingleton_                    11/28/23

ELVIN SINGLETON                    Date

LLS.
41 Schermerhorn Street Suite 318
Brooklyn, NY 11201
800-695-7480

Subscribed and sworn to before me by the affiant who is
personally known to me

_[signature]_

Notary Public

November 28, 2023

Date

ARLETTE SIMMONS
Notary Public, State of New York
No. 01SI5162427
Qualified in New York County
My Commission Expires November 05, 2024



## AFFIDAVIT OF NON-SERVICE

| Case:<br>2322-CC09423 | Court:<br>22ND JUDICIAL CIRCUIT | County:<br>ST. LOUIS, MO | 2023 DEC -4 PM 2: 18<br>9937440 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>MARC BRANDAN ELLIOT | | Defendant / Respondent:<br>HBO HOME ENTERTAINMENT CORP. | |
| Received by:<br>LLS | | For:<br>MARC BRANDAN ELLIOT | |
| To be served upon:<br>KARIM AMER | | | |

I, Rodrick Green, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name:     KARIM AMER
Address:            14 E. 4th STREET APT: 1107, NEW YORK, NEW YORK 10012
Manner of Service:  NON - SERVICE / BAD ADDRESS
Date & Time:        NOVEMBER 16, 2023 // 7:13 pm
Documents:          SUMMONS FOR PERSONAL SERVICE OUTSIDE THE STATE OF MISSOURI (Except Attachment Action), COMPLAINT FOR
                    DAMAGES and EXHIBIT 1

Additional Comments: As per building concierge, no one by name is listed within building directory.

_Rodrick Green_                    11/28/23
**RODRICK GREEN**                  Date

LLS
41 Schermerhorn Street Suite 318
Brooklyn, NY 11201
800-695-7480

Subscribed and sworn to before me by the affiant who is
personally known to me.

Notary Public

_November 28, 2023_
Date

ARLETTE SIMMONS
Notary Public, State of New York
No. 01SI5162427
Qualified in New York County
My Commission Expires November 05, 2024



# AFFIDAVIT OF SERVICE

2020 DEC -4 PH 12: 18

| Case:<br>2322-CC09423 | Court:<br>22ND JUDICIAL CIRCUIT | County:<br>ST. LOUIS, MO | Job:<br>9937440 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>MARC BRANDAN ELLIOT | | Defendant / Respondent:<br>HBO HOME ENTERTAINMENT CORP. | |
| Received by:<br>LLS | | For:<br>MARC BRANDAN ELLIOT | |
| To be served upon:<br>THE SQUARE LLC | | | |

I, MALCOLM NEWMAN, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name: THE SQUARE LLC via NEW YORK SECRETARY OF STATE
Address: 99 WASHINGTON AVENUE, ALBANY NY 12201
Manner of Service: SECRETARY OF STATE
Time & Date: NOVEMBER 17, 2023 / 10:56 am
Documents: SUMMONS FOR PERSONAL SERVICE OUTSIDE THE STATE OF MISSOURI (Except Attachment Action), COMPLAINT FOR DAMAGES and EXHIBIT 1 and $40.00 STATE FILING FEE

_____    _____
MALCOLM NEWMAN         Date

LLS
41 Schermerhorn Street Suite 318
Brooklyn , NY 11201
800 695-7480

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

Date  November 28, 2023

ARLETTE SIMMONS
Notary Public, State of New York
No: 01S15162427
Qualified in New York County
My Commission Expires November 05, 2024

AFFIDAVIT OF NON-SERVICE

| Case:<br>2322-CC09423 | Court:<br>22ND JUDICIAL CIRCUIT | County:<br>ST. LOUIS, MO | 2023 DEC 04 PM 12: 18<br>9937440 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>MARC BRANDAN ELLIOT | | Defendant / Respondent:<br>HBO HOME ENTERTAINMENT CORP. | |
| Received by:<br>LLS | | For:<br>MARC BRANDAN ELLIOT | |
| To be served upon:<br>JEHANE NOJAIM | | | |

I, Rodrick Green, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

Recipient Name:     JEHANE NOJAIM
Address:            14 E. 4th STREET APT: 1107, NEW YORK, NEW YORK 10012
Manner of Service:  NON - SERVICE / BAD ADDRESS
Date & Time:        NOVEMBER 16, 2023 // 7:13 pm
Documents:          SUMMONS FOR PERSONAL SERVICE OUTSIDE THE STATE OF MISSOURI (Except Attachment Action), COMPLAINT FOR
                    DAMAGES and EXHIBIT 1

Additional Comments: As per building concierge, no one by name is listed within buidling directory.


RODRICK GREEN                    Date  11/28/23

Subscribed and sworn to before me by the affiant who is
personally known to me.

Notary Public

Date  November 28 2023

ARLETTE SIMMONS
Notary Public, State of New York
No: 01S15162427
Qualified in New York County
My Commission Expires November 05, 2024

LLS
41 Schermerhorn Street Suite 318
Brooklyn, NY 11201
800 695-7480



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC09423     DEC 12 PM 6: 18 |
|---|---|
| Plaintiff/Petitioner:<br>MARC BRANDAN ELLIOT | Plaintiff's/Petitioner's Attorney/Address:<br>MARC BRANDAN ELLIOT<br>5655 PERSHING AVE<br>APT 529<br>ST LOUIS, MO 63112 |
|     vs. | |
| Defendant/Respondent:<br>HBO HOME ENTERTAINMENT CORP | Court Address:<br>CIVIL COURTS BUILDING |
| Nature of Suit:<br>CC Other Tort | 10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| | (Date File Stamp) |

## ALIAS Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   THE SQUARE LLC
    Alias:

LISA WISLEY, RAGT
160 VAN BRUNT ST THIRD FL
BROOKLYN, NY 11231

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**CITY OF ST LOUIS**

**December 1, 2023**
_____     _Thomas Kloppenger_
Date                                   Clerk
Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above Summons by: (check one)
   ☐ delivering a copy of the summons and petition to the defendant/respondent.
   ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.
   ☐ (for service on a corporation) delivering a copy of the summons and petition to _____ (name) _____ (title).
   ☐ other: _____

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server     Signature of Sheriff or Server

Subscribed and sworn to before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                    ☐ the judge of the court of which affiant is an officer.
**(Seal)**          ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                    ☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

| Service Fees | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Mileage | $ | (_____ miles @ $ _____ per mile) |
| Total | $ | |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC09423 |
| Plaintiff/Petitioner:<br>MARC BRANDAN ELLIOT | Plaintiff's/Petitioner's Attorney/Address:<br>MARC BRANDAN ELLIOT<br>5655 PERSHING AVE<br>APT 529 |
| vs. | ST LOUIS, MO 63112 |
| Defendant/Respondent:<br>HBO HOME ENTERTAINMENT CORP | Court Address:<br>CIVIL COURTS BUILDING |
| Nature of Suit:<br>CC Other Tort | 10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| | (Date File Stamp) |

## ALIAS Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: THE SQUARE LLC
Alias:

LISA WISLEY, RAGT
160 VAN BRUNT ST THIRD FL,
BROOKLYN, NY 11231

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**CITY OF ST LOUIS**

December 1, 2023 _____ _T. Thomas Kloppinger_
Date                                      Clerk
Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above Summons by: (check one)
   ☐ delivering a copy of the summons and petition to the defendant/respondent.
   ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
   ☐ (for service on a corporation) delivering a copy of the summons and petition to _____ (name) _____ (title).
   ☐ other: _____

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server
Subscribed and sworn to before me this _____ (day) _____ (month) _____ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                 ☐ the judge of the court of which affiant is an officer.
                 ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
**(Seal)**      ☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

MISSOURI CIRCUIT COURT TWENTY-SECOND JUDICIAL CIRCUIT (CITY OF ST, LOUIS)

**MARC ELLIOT**

    *Plaintiff(s) / Petitioner(s)*

v.

**HBO HOME ENTERTAINMENT CORP. a Delaware corporation; JEHANE NOUJAIME, an individual; KARIM AMER, an individual; THE OTHRS, LLC, a Florida limited liability company; THE OTHRS LICENSING CORP., a Florida corporation; The Square, LLC, a New York limited liability company; ISABELLA CONSTANTINO, an individual; JOHN DOES 1-10**

    *Defendant(s) / Respondent(s)*

Case No.: 2322-CCO9423

## AFFIDAVIT OF SERVICE

I, RICHARD CECCE, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to The Sqaure LLC in Delaware County, NY on December 6, 2023 at 1:13 pm at 74 Main St, Delhi, NY 13753 by personal service by handing the following documents to an individual identified as The Sqaure LLC.

Alias Summons, Complaint, and Exhibits

Additional Description:
Lisa Wisely was personally served 12/06 at 1:13 pm. She is white, female, 54 years old, 5'06", 150 lbs, brown hair, glasses, no military.

White Female, est. age 54, glasses: Y, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Photograph: See Exhibit 1

Signature
Name:RICHARD CECCE
Phone:607-434-6173

Subscribed and sworn to before
me this 8th  day of
___December__ , _2023__ , by
_____RICHARD CECCE_____ .
Witness my hand and official
seal.

Notary Public

My commission expires:
09/08/2027

SARA CECCE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CE6330110
Qualified in Delaware County
My Commission Expires September 08, 2027

