UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Marc Elliot                                    )
                                      ,        )
                                               )
                            Plaintiff,         )
                                               )
              v.                               )    Case No.  4:23-cv-1611
HBO HOME ENTERTAINMENT GROUP; a delaware corporation; JEHANE   )
NOUJAIME, an individual; KARIM AMER, an individual; THE        )
OTHRS, LLC, a Florida limited liability company; THE OTHRS     )
LICENSING CORP., a Florida corporation; THE SQUARE, LLC, a     )
New York limited liability company; ISABELLA CONSTANTINO, an   )
individual; JOHN DOES 1-10                     )
                            Defendant,         )
                                               )

## ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐    THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☐    THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT.  THE RELATED CASE NUMBER IS _____ AND THAT CASE WAS ASSIGNED TO THE HONORABLE _____.  THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☒    NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

The undersigned affirms that the information provided above is true and correct.

Date:   12/15/2023 _____        _____
                                              /s/ Joseph E. Martineau
                                              Signature of Filing Party

Exhibit

B