# EXHIBIT 1

THE SQUARE LLC - Producer

CONSENT AND RELEASE

I consent and give my permission to The Square LLC (the "Producer," which, as referenced in this consent and release, includes the Producer's affiliates, successors, licensees and assigns), to interview, film, photograph and record me starting July 11th, 2020 (collectively, the "Footage"), in connection with the Forgotten Ones movement, and to use the Footage and my name, voice, likeness and biography in Producer's documentary series about NXIVM (the "Documentary Series"), its exploitation in all versions, formats and media worldwide in perpetuity, the advertising and promotion of the Documentary Series, and otherwise in connection with the subject matter. Producer shall have the right to assign its rights hereunder to any person, corporation or entity. Following release of the Documentary Series, I may request in writing and Producer will use good faith efforts to cause any Footage featuring me in connection with the Forgotten Ones movement which is not used in the Documentary Series to be licensed to me for historical purposes or any other purposes that are mutually agreed upon in writing, on terms to be negotiated in good faith. The above provision shall be subject to the approval of the distributor of the Documentary Series and any rights of other subjects contained in the Footage.

I know that the subject matter of the Documentary Series is sensitive and will not disclose to anyone the Documentary Series' existence or any other information concerning it, including my participation in the interview. I will not give any interviews or authorize any publicity relating to the Documentary Series without Producer's prior written approval.

I agree not to make any claim of any nature against the Producer or any third party relating to the Documentary Series and your filming of me, including but not limited to claims for moral rights, defamation, privacy, publicity, or payment. I agree that I do not have any right of inspection or approval of the uses of the Footage pursuant to this consent and release. I agree to jurisdiction of state and federal courts located in New York, New York that New York law shall govern this release, and hereby specifically waive the right to seek equitable or injunctive relief or to otherwise enjoin, restrain, or interfere with the production, distribution, exploitation, promotion, or exhibition of the Documentary Series or use of any of the above grants.

I confirm that I am not basing my consent and release on any information or statements other than what is contained herein. Since I understand that Producer is relying on the consent and release being granted herein, including making binding contractual commitments and incurring significant expense, I agree that it cannot be revoked.

Signature: _____

Printed: **Marc Elliot**

Address: **99 Wall St, Suite #1958, New York, 10005**

Email: **marc@marcelliot.com**

THE SQUARE LLC - Producer

CONSENT AND RELEASE


Date: _____

 Gmail

Marc Elliot <marc@marcelliot.com>

**Marc Elliot's Release Form**
4 messages

Marc Elliot <marc@marcelliot.com>                                                        Fri, Sep 18, 2020 at 9:10 PM
To: karimamer@theothrs.com

Hi Karim and Jahne,

With all the filming that took place today surrounding CBS, it only made sense I also sign the release at this point. Attached is my release form.  Karim, I know we haven't had the chance to meet.  Would it be possible if the three of us talked soon?

Thanks

-Marc Elliot

--
Marc Elliot
Inspirational Speaker
www.marcelliot.com

📄 **Appearance Release (The Square LLC) 8.6.20.pdf**
86K

Jehane Noujaim <noujaimjehane@gmail.com>                                               Mon, Sep 21, 2020 at 1:24 PM
To: Marc Elliot <marc@marcelliot.com>
Cc: Karim Salah Amer <karimamer@theothrs.com>

Dear Marc,

Thank you so much for this. We heard from Bowie that it was very powerful to hear the group's conversation after the CBS interview last week. I am really glad to hear that you were a part of the conversation, and I am very much looking forward to talking more with you soon. I know Karim would love to meet you as well. We would love to connect for a call soon. Does sometime later this week or weekend work for you?

All the best,

Jehane

On Mon, Sep 21, 2020 at 2:20 PM Karim Salah Amer <karimamer@theothrs.com> wrote:

---------- Forwarded message ----------
From: **Marc Elliot** <marc@marcelliot.com>
Date: Fri, Sep 18, 2020 at 10:10 PM
Subject: Marc Elliot's Release Form
To: <karimamer@theothrs.com>

Hi Karim and Jahne,

With all the filming that took place today surrounding CBS, it only made sense I also sign the release at this point. Attached is my release form.  Karim, I know we haven't had the chance to meet.  Would it be possible if the three of us talked soon?

Thanks

-Marc Elliot

--
Marc Elliot
Inspirational Speaker
www.marcelliot.com