IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARC ELLIOT,<br><br>        Plaintiff,<br>v.<br><br>HBO HOME ENTERTAINMENT CORP., a Delaware Corporation; JEHANE NOUJAIME, an individual; KARIM AMER, an individual; THE OTHRS, LLC, a Florida limited liability company; THE OTHRS LICENSING CORP., a Florida corporation; THE SQUARE, LLC, a New York limited liability company; ISABELLA CONSTANTINO, an individual; JOHN DOES 1–10,<br><br>        Defendants. | Case No. 4:23-cv-01611<br><br>State Court Case No. 2322-CC09423 |

## VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Elizabeth Seidlin-Bernstein, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Defendant Home Box Office, Inc. (incorrectly sued as "HBO Home Entertainment Corp."); Jehane Noujaime (incorrectly sued as "Jehane Noujaime"); Karim Amer; The Othrs, LLC; The Othrs Licensing Corp.; and The Square, LLC in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

 (a) Full name of the movant-attorney: Elizabeth Seidlin-Bernstein

 (b) Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm:

      Name:  Ballard Spahr LLP
      Address:  1735 Market Street, 51st Floor
      City, State Zip:  Philadelphia, PA 19103-7599
      Phone No.:  215-988-9774
      Fax No.:  215-864-8999

(c) Email for movant-attorney:  seidline@ballardspahr.com

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom: New York University School of Law (J.D. 2009)

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:

| Jurisdiction | Yr. Admitted | Reg. Number |
| --- | --- | --- |
| New Jersey | 2014 | 052882014 |
| New York | 2010 | 4779377 |
| Pennsylvania | 2014 | 317931 |
| U.S. Court of Appeals, Second Circuit | 2013 | N/A |
| U.S. Court of Appeals, Third Circuit | 2013 | N/A |
| U.S. District Court, District of New Jersey | 2014 | 052882014 |
| U.S. District Court, Eastern District of New York | 2010 | ES0129 |
| U.S. District Court, Northern District of New York | 2013 | 518094 |
| U.S. District Court, Southern District of New York | 2010 | ES0129 |
| U.S. District Court, Eastern District of Pennsylvania | 2014 | 317931 |
| U.S. District Court, Middle District of Pennsylvania | 2021 | 317931 |
| U.S. District Court, Western District of Pennsylvania | 2021 | 317931 |

(f) The movant is a member in good standing of all bars of which the movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) The movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district. The movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted *pro hac vice* to the bar of the Court to appear in the instant matter.

*/s/ Elizabeth Seidlin-Bernstein*
Elizabeth Seidlin-Bernstein

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record via the Court's electronic filing system. I further certify that a true and accurate copy of the foregoing was delivered via electronic mail and deposited with the U.S. Postal Service, first-class postage prepaid and properly addressed for delivery to:

Marc Elliot
5655 Pershing Ave, Apt. 529
St. Louis, MO 63112
Telephone: (314) 252-0579
marc@marcelliot.com

*Plaintiff, pro se*

/s/ Elizabeth Seidlin-Bernstein
Elizabeth Seidlin-Bernstein