

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Elizabeth Seidlin-Bernstein, Esq.*

**DATE OF ADMISSION**

**April 24, 2014**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: December 19, 2023

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk