IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARC ELLIOT,<br><br>                      Plaintiff,<br>v.<br><br>HBO HOME ENTERTAINMENT CORP., a Delaware Corporation; JEHANE NOUJAIME, an individual; KARIM AMER, an individual; THE OTHRS, LLC, a Florida limited liability company; THE OTHRS LICENSING CORP., a Florida corporation; THE SQUARE, LLC, a New York limited liability company; ISABELLA CONSTANTINO, an individual; JOHN DOES 1–10,<br><br>                      Defendants. | Case No.  4:23-cv-1611 (SEP) |

## ENTRY OF APPEARANCE

    COMES NOW Kolten C. Ellis of Lewis Rice LLC, and hereby enters his appearance on behalf of Defendant Isabella Constantino in the above-titled action.

                                                        Respectfully submitted,

Dated:  December 22, 2023                     By:  /s/ Kolten C. Ellis
                                                              Kolten C. Ellis, #74451MO
                                                               **LEWIS RICE LLC**
                                                               600 Washington Avenue, Suite 2500
                                                               St. Louis, Missouri 63101
                                                               Telephone:  (314) 444-7600
                                                               Facsimile:  (314) 612-2042
                                                               kellis@lewisrice.com
                                                               *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of December, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record and the following party via the Court's electronic filing system:

Marc Elliot
5655 Pershing Ave, Apt. 529
St. Louis, MO 63112
Telephone: (314) 252-0579
marc@marcelliot.com

*Plaintiff, pro se*

                                                         /s/ Kolten C. Ellis