UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
MARC ELLIOT,                                                       :
:
                      Plaintiff,                              :     24 Civ. 7879 (JPC) (KHP)
:
        -v-                                                        :     <u>ORDER OF REFERENCE</u>
:     <u>TO A MAGISTRATE</u>
HBO HOME ENTERTAINMENT CORP. *et al.*,                             :     <u>JUDGE</u>
:
                      Defendants.                             :
:
------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

     This action is referred to the Honorable Katherine H. Parker for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute: _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☐ | Settlement | ☒ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |
| ☐ | Inquest After Default/Damages Hearing | | |

SO ORDERED.

Dated: October 18, 2024
       New York, New York

                                                              JOHN P. CRONAN
                                                              United States District Judge