UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Marc Elliot,<br><br>                    Plaintiff,<br><br>  -against-<br><br>HBO Home Entertainment Corp., et al.,<br><br>                    Defendants. | 24CV7879 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendants' motion to dismiss the complaint and letter-motion to stay discovery are due by **November 27, 2024**; Plaintiff's oppositions are due by **January 15, 2025**; and Defendants' replies, if any, are due **fourteen days after Plaintiff files his oppositions or by January 31, 2025, whichever is later**.

DATED:  November 15, 2024
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge