UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC ELLIOT,<br><br>      Plaintiff,<br><br>v.<br><br>HBO HOME ENTERTAINMENT CORP., a Delaware Corporation; JEHANE NOUJAIME, an individual; KARIM AMER, an individual; THE OTHRS, LLC, a Florida limited liability company; THE OTHRS LICENSING CORP., a Florida corporation; THE SQUARE, LLC, a New York limited liability company; ISABELLA CONSTANTINO, an individual; JOHN DOES 1–10,<br><br>      Defendants. | Case No. 24-cv-7879-JPC-RFT<br><br>**NOTICE OF MOTION** |

  **PLEASE TAKE NOTICE** that Defendants Home Box Office, Inc. (incorrectly sued as "HBO Home Entertainment Corp."), Jehane Noujaim (incorrectly sued as "Jehane Noujaime"), Karim Amer, The Othrs Licensing Corp., The Othrs, LLC, The Square, LLC, and Isabella Constantino (collectively, "Defendants"), upon the accompanying Memorandum of Law, Declaration of Elizabeth Seidlin-Bernstein dated November 26, 2024 and accompanying exhibit, and all prior pleadings and proceedings hereto, by their undersigned attorneys, hereby respectfully move this Court, before the Honorable Robyn F. Tarnofsky, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, for an order dismissing the Complaint in this action in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other and further relief as the Court may deem just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order issued November 15, 2024 (ECF No. 49), Plaintiff's opposition is due by January 15, 2025, and Defendants' reply is due fourteen days after Plaintiff files his opposition or by January 31, 2025, whichever is later.

Dated: November 26, 2024          Respectfully submitted,

                                    BALLARD SPAHR LLP

                                    By:   */s/ Elizabeth Seidlin-Bernstein*
                                             Elizabeth Seidlin-Bernstein
                                             1735 Market Street, 51st Floor
                                             Philadelphia, PA 19103-7599
                                             Telephone: 215.665.8500
                                             Facsimile: 215.864.8999
                                             seidline@ballardspahr.com

                                        *Attorneys for Defendants*