**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARC ELLIOT,<br><br>               Plaintiff,<br><br>v.<br><br>HBO HOME ENTERTAINMENT CORP., a Delaware Corporation; JEHANE NOUJAIME, an individual; KARIM AMER, an individual; THE OTHRS, LLC, a Florida limited liability company; THE OTHRS LICENSING CORP., a Florida corporation; THE SQUARE, LLC, a New York limited liability company; ISABELLA CONSTANTINO, an individual; JOHN DOES 1–10,<br><br>               Defendants. | Case No. 24-cv-7879-JPC-RFT<br><br><br>**DECLARATION OF ELIZABETH SEIDLIN-BERNSTEIN** |

ELIZABETH SEIDLIN-BERNSTEIN, pursuant to 28 U.S.C. § 1746, states as follows:

1.      I am of counsel with the law firm of Ballard Spahr LLP, counsel for Defendants Home Box Office, Inc. (incorrectly sued as "HBO Home Entertainment Corp."), Jehane Noujaim (incorrectly sued as "Jehane Noujaime"), Karim Amer, The Othrs Licensing Corp., The Othrs, LLC, The Square, LLC, and Isabella Constantino (collectively, "Defendants"). I have personal knowledge of the matters stated herein. I submit this declaration in support of Defendants' Motion to Dismiss the Complaint.

2.      Annexed hereto as **Exhibit A** is a true and correct copy of Season 2, Episode 3 of *The Vow*. The following watermark has been added to the video for the purposes of this litigation:

               Property of Home Box Office, Inc.
               Produced solely for use in connection with
               Elliot v. HBO Home Entertainment Corp. et al

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 26, 2024

                                 */s/  Elizabeth Seidlin-Bernstein*
                                 Elizabeth Seidlin-Bernstein