# Exhibit A

This exhibit is a video that cannot be e-filed.
A USB drive containing this exhibit has been provided separately to the Court and to Plaintiff.