UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC ELLIOT,<br><br>                    Plaintiff,<br><br>v.<br><br>HBO HOME ENTERTAINMENT CORP.,<br>a Delaware corporation; JEHANE NOUJAIME,<br>an individual; KARIM AMER, an individual;<br>THE OTHRS, LLC, a Florida limited liability<br>company; THE OTHRS LICENSING CORP.,<br>a Florida corporation; The Square, LLC, a<br>New York limited liability company;<br>ISABELLA CONSTANTINO, an individual;<br>JOHN DOES 1-10.<br><br>                    Defendants. | Case No. 24-cv-7879-JPC-RFT |

## **NOTICE OF VOLUNTARY DISMISSAL**

Your Honor,

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, I, the Plaintiff, Marc Elliot,, acting pro se, respectfully submit this Notice of Voluntary Dismissal without prejudice against all Defendants.

In filing this complaint, I sought to address what I believe to be a clear violation of a contract by HBO. With limited resources, I initiated this case pro se, believing it was the only available recourse to hold HBO accountable. However, after the case was removed from state court and transferred to federal court in the Southern District of New York, I have found myself unable to proceed. The substantial resources required for legal research and preparation, combined with the challenges of meeting my basic living needs, make it very difficult for me to continue at this time.

For these reasons, I voluntarily dismiss this action without prejudice and reserve my right to pursue any potential claims at a later time should resources allow.

**DATED** this 14th day of January 2025.

Respectfully submitted,

*[signature]*

_____
Marc Elliot
Plaintiff, *pro se*
5850 Macklind Ave #1060
St. Louis, MO 63109
marc@marcelliot.com
314-252-0579

This action is dismissed without prejudice pursuant to Plaintiff's instant notice of dismissal. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: January 16, 2025
New York, New York

*[signature]*
_____
JOHN P. CRONAN
United States District Judge